UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB INC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-01188 |
| | § | |
| ELIZONDO ISAURO; dba TAQUERIA LUZ; aka TAQUERIA LA RANCHERA, *et al*, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's previous orders, it is hereby ordered and adjudged that plaintiff Garden City Boxing Club Inc. ("Garden City") recover judgment, jointly and severally, against defendants Maria Villareal a/k/a Maria Garza and Rodeo Norteno in the principal sum of $20,000, together with attorney's fees in the sum of $2,520, post-judgment interest at the rate of 4.37% per annum, and its costs of action.

Signed at Houston, Texas, this 17th day of January, 2006.

_____
Melinda Harmon
United States District Judge